IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CR-51-1FL

UNITED STATES OF AMERICA :
:
v. :
:
RICKY LEE CHAVIS :

FILED IN OPEN COURT
ON 3/8/2017 MC
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

### ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, Ricky Lee Chavis, on September 14, 2016 to violations of 18 U.S.C. §§ 922(g)(1) and 924, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit: a Ruger Model P89, 9mm semi-automatic pistol, serial number 314-80947, and any and all related ammunition; and

WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant RICKY LEE CHAVIS, the United States is hereby authorized to seize the above-stated personal property, and it is hereby

1

forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 8th day of May, 2017.

LOUISE W. FLANAGAN
United States District Judge